# Court of Appeals
# of the State of Georgia

ATLANTA,  October 14, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0427.  IN THE INTEREST OF: B. M., A CHILD (MOTHER).**

On August 28, 2015, the juvenile court entered an order adjudicating minor child B. M. to be dependent.  On October 21, 2015, B. M.'s mother filed a notice of appeal to this Court.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012).  The mother's notice of appeal, filed 54 days after entry of the dependency order, is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/14/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*